No. 68934.—Aristo-Craft Distinctive Miniatures et al. v. United States, protests 63/21864, etc. (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68935.—AMT Corporation v. United States, protest 64/17898 (Detroit).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68936.—Canton Son, Inc., et al. v. United States, protests 64/54, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.